# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT OF ACQUITTAL |
| V. | CASE NUMBER: 3:10cr37 |
| Meleik Kareem Welch | |

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: November 3, 2010

Frank D. Whitney
United States District Judge